1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY WILLIAM CORTINAS,                No.  2:21-cv-0611 TLN AC P

12                   Plaintiff,

13          v.                               ORDER

14    KATHERINE NEEL, et al.,

15                   Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

18    42 U.S.C. § 1983.  Defendants Bobbala, Gates, Lynch, and Sahota have moved for a ninety-day

19    extension of time to file a response to the complaint (ECF No. 22), while defendant Soltanian-

20    Zadeh seeks a forty-five-day extension (ECF No. 24).  The current deadline is September 6, 2022.

21          Defendants Bobbala, Gates, Lynch, and Sahota request the extension on the ground that

22    the Correctional Law Section of the Attorney General's Office remains understaffed despite

23    efforts to hire additional attorneys, leaving the current attorneys unable to complete their existing

24    casework if they are assigned additional cases.  ECF No. 22 at 3.  While the court understands the

25    difficulties understaffing may cause, it does not establish sufficient cause to essentially place this

26    case on hold for ninety days and the request will be granted only in part.

27          Defendant Soltanian-Zadeh, who is represented by separate counsel, seeks an extension of

28    time on the ground that counsel was only recently retained and requires time to investigate

                                          1

1  plaintiff's claims prior to responding to the complaint.  ECF No. 24.  Good cause appearing, the

2  motion will be granted.

3       Accordingly, IT IS HEREBY ORDERED that:

4      1.  Defendants Bobbala, Gates, Lynch, and Sahota's motion for an extension of time

5  (ECF No. 22) is GRANTED in part.

6      2.  Defendant Soltanian-Zadeh's motion for an extension of time (ECF No. 24) is

7  GRANTED.

8      3.  All defendants shall have an additional forty-five days, up to October 21, 2022, to file

9  a response to the complaint.

10 DATED:  September 6, 2022.

11

12

                                      ALLISON CLAIRE

13                                       UNITED STATES MAGISTRATE JUDGE

2