**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
Tel: 916-922-1200 Fax: 916-922-1303

Jill B. Nathan, SBN 186136
jnathan@rhplawyers.com

Attorneys for Defendant,
Dr. Jalal Soltanian-Zadeh

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE NEEL, et al.,<br><br>Defendants. | Case No.: 2:21-cv-0611 TLN AC P<br><br>[PROPOSED] ORDER GRANTING DEFENDANT SOLTANIAN-ZADEH'S REQUEST FOR EXTENSION OF TIME TO FILE REPLY<br><br>*Fed. R. Civ. Proc. 12(b)(6)*<br><br>Judge: Hon. Allison Claire<br>Action Filed: April 5, 2021<br>Hearing: None per Local Rule 230(l)<br>Trial Date:    Not set |

The Court HEREBY GRANTS defendant Dr. Soltanian-Zadeh's request for an extension of time to file a reply to plaintiff's opposition to defendant's motion to dismiss (ECF No. 38). Defendant's reply shall be filed and served no later than December 8, 2022.

**IT IS SO ORDERED.**

DATED: November 23, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE