UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE NEEL, et al.,<br><br>Defendants. | No. 2:21-cv-00611-TLN-AC<br><br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 26, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 36.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 26, 2022 (ECF No. 36), are ADOPTED IN FULL;

1

2. Defendants Gates, Lynch, Sahota, and Bobbala's motions to revoke Plaintiff's in forma pauperis status (ECF Nos. 32, 34) are DENIED; and

3. This matter is referred back to the assigned magistrate judge for further pretrial proceedings.

**DATED:  December 15, 2022**

　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　United States District Judge