UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE NEEL, et al.,<br><br>Defendants. | No. 2:21-cv-0611-TLN-AC<br><br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 24, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 51.) To date, no party filed objections to the findings and recommendations.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed May 24, 2023 (ECF No. 51), are ADOPTED IN
      FULL;

2. Defendant Soltanian-Zadeh's motion to dismiss (ECF No. 33) is GRANTED in part and DENIED in part as follows:

    a. GRANTED as to plaintiff's First and Eighth Amendment claims regarding the retaliatory denial of pain medication on the ground that they are duplicative of his claims in *Cortinas v. Soltanian*, No. 2:20-cv-1067 DAD JDP (E.D. Cal.);

    b. DENIED on all other grounds; and

    c. The complaint should proceed against Soltanian-Zadeh on Plaintiff's First and Eighth Amendment claims based on the retaliatory denial of medication assisted treatment.

3. Defendant Bobbala's motion to dismiss (ECF No. 39) is DENIED.

4. Defendants Soltanian-Zadeh and Bobbala shall answer the complaint within twenty-one days of the service of this order.

5. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

Dated: July 11, 2023

_____
Troy L. Nunley
United States District Judge