UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS, | No. 2:21-cv-0611 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| KATHERINE NEEL, et al., | |
| Defendants. | |

Defendants Lynch, Sahota, and Gates have filed a motion requesting an additional forty-five-days to file a motion for summary judgment, up to April 8, 2024.  ECF No. 68.  These defendants represent that defendant Bobbala agrees with the request and joins in it.[1]  Id. at 2.  Also before the court is plaintiff's opposition to defendant Soltanian-Zadeh's motion for summary judgment, in which plaintiff indicates that he is seeking a forty-five-day stay of this case based on his release from prison on February 29, 2024.  ECF No. 73 at 1.  He also requests that a decision on the motion for summary judgment be delayed pending resolution of his outstanding motions to compel.  Id. at 1-3.

Review of the California Department of Corrections and Rehabilitation's inmate information site indicates that plaintiff has been released from custody.  However, plaintiff has

---

[1] Defendants Lynch, Sahota, and Gates are represented by the same counsel, while defendants Bobbala and Soltanian-Zadeh are each represented by separate counsel.

1

yet to file a notice of change of address, and he states in his opposition that he will be homeless upon release. ECF No. 73 at 1. In light of this, proceedings in this case will be temporarily stayed pending receipt of a notice of change of address from plaintiff. In the event plaintiff fails to file a notice of change of address within sixty-three days, the undersigned will recommend dismissal of this case for failure to prosecute. See L.R. 183(b) (court may dismiss action for failure to prosecute if pro se party fails to file notice of change of address within sixty-three days of mail being returned by the U.S. Postal Service). Plaintiff is cautioned that since he is no longer incarcerated, he is no longer entitled to the benefit of the prison mailbox rule and any filings must be received by the court on or before the deadline.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to stay proceedings (ECF No. 73) is GRANTED to the extent that briefing on defendant Soltanian-Zadeh's motion for summary judgment will be stayed pending plaintiff's filing of a notice of change of address. The request for stay is otherwise DENIED.

2. Within sixty-three days of the filing of this order, plaintiff must file a notice of change of address. In the event plaintiff fails to file a notice of change of address, it will be recommended that this case be dismissed for failure to prosecute.

3. Defendants Lynch, Sahota, and Gates motion for an extension of time to file motions for summary judgment (ECF No. 68) is GRANTED. Defendants Lynch, Sahota, Gates, and Bobbala shall have forty-five days from the date plaintiff files a notice of change of address to file any motions for summary judgment.

DATED: March 14, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE